RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3/30/07

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION NO. 01-0678** |
| **VERSUS** | **JUDGE MELANCON** |
| **10.00 ACRES OF LAND, MORE OR LESS, SITUATED IN ST. MARTIN PARISH, STATE OF LOUISIANA, AND IRENE THIBODEAUX VIATOR, ET AL AND UNKNOWN OWNERS** | **MAG. JUDGE HILL**<br><br>**LAND COMMISSION** |

### ORDER

Considering the Report and Recommendation by the Atchafalaya Basin Land Commission signed March 15, 2006 and filed March 9, 2007:

IT IS ORDERED that the United States Clerk of Court send a copy of the above referenced Report and Recommendation to all parties of record and Judge Tucker Melancon with a copy of this Order setting forth the following Notice for Objections:

Under the provisions of Federal Rule of Civil Procedure 53 (g) (2) A party may file an objection to – or a motion to adopt or modify – the Report and Recommendation no later than Twenty (20) days from service of this Report and Recommendation unless the court sets a different time. Counsel are directed to furnish a courtesy copy of any objections or responses to the District Judge at the time of filing.

THUS DONE AND SIGNED at New Iberia, Louisiana, this the 30th day of March, 2007.

DAVID W. GRØNER
Chairman, Land Commission